**Michael J. VAN, Plaintiff—Appellant,**

v.

**BAC HOME LOAN SERVICING LP, a subsidiary of Bank of America, N.A. formerly known as Countrywide Home Loans Servicing LP; Fannie Mae, Fnma; Law Offices of Shapiro & Burson, LLP; Professional Foreclosure Corporation of Virginia; Mortgage Electronic Registration Systems Inc.; John M. Ahern, Trustee; All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title, or any Cloud on Plaintiffs, Defendants—Appellees.**

No. 10–2156.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 10, 2011.

Decided: Jan. 27, 2011.

Michael J. Van, Appellant Pro Se. Jenelle Marie Dennis, Ballard Spahr, LLP, Bethesda, Maryland; Constantinos George Panagopoulos, Gary Clifford Tepper, Ballard Spahr, LLP, Washington, D.C.; Peter Grasis, Rathbun & Goldberg, PC, Fairfax, Virginia; Lawrence Steven Emmert, Sykes, Bourdon, Ahern & Levy, PC, Virginia Beach, Virginia, for Appellees.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Van appeals the district court's order granting the Defendants' motions to dismiss, and dismissing Van's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Van v. BAC Home Loan Servicing LP,* No. 4:10–cv–00073–RAJ–TEM (E.D. Va. filed Sept. 23, 2010 & entered Sept. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*